# Court of Appeals
# of the State of Georgia

ATLANTA, December 24, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0963. ALLEN P. GOLDEN v. THE STATE OF GEORGIA.**

In this direct appeal, Allen Golden seeks review of the superior court's order denying his petition for release from the registration requirements of the State Sexual Offender Registry under OCGA § 42-1-19. We lack jurisdiction.

Appeals from orders of superior courts denying petitions for release under OCGA § 42-1-19 must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(5.2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Golden's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.